# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 16-7463MJ |
| Ramon Eduardo Verdugo-Zavala, | ) |
| *Defendant* | ) |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

**Count 1:**
On or about November 17, 2016, at or near Casa Grande, in the County of Pinal, in the District of Arizona, Ramon Eduardo Verdugo-Zavala, knowing and with reckless disregard of the fact that certain alien, Yefri Navas-Zuniga, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law; and for the purpose of commercial advantage or private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(i).

**Count 2:**
On or about November 17, 2016, at or near Casa Grande, in the County of Pinal, in the District of Arizona, Ramon Eduardo Verdugo-Zavala, an alien, was found in the United States of America, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Calexico, California, on or about September 30, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

See Attached Statement of Probable Cause Incorporated By Reference Herein.

REVIEWED BY: AUSA Brooke T. Afshari for AUSA Margaret Perlmeter

_____
Signature of Complainant
Paul M. Ford
U.S. Border Patrol Agent

Sworn to before me and subscribed in my presence, November 18, 2016, at Phoenix, Arizona.

_____
Signature of Judicial Officer
Honorable Bridget S. Bade
United States Magistrate Judge

## STATEMENT OF PROBABLE CAUSE

I, Paul M. Ford, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Border Patrol Agent with U.S. Border Patrol, U.S. Customs and Border Protection. I have learned about this investigation and the facts contained therein from direct participation in the investigation and from the reports and communications of other agents.

2. On November 17, 2016, Border Patrol Agent Paul Rivera was performing his assigned duties within the Casa Grande Border Patrol area of responsibility. At approximately 4:25pm, information was relayed to him by agents working at Casa Grande Border Patrol Station that a Deputy with Pinal County Sheriff's Office was requesting assistance with a vehicle stop. The Deputy had reported he stopped a vehicle traveling westbound on Interstate 10 near mile marker 192. The Deputy also estimated the vehicle to contain approximately 15-20 individuals whom he suspected to be illegally present in the United States.

3. Agent Rivera arrived to the Deputy's location at approximately 4:35pm. At that time, Deputy K. Nardelli (Badge # 1961) advised Agent Rivera he had pulled over a white Ford F-150 bearing license plate BXW4266 for failing to keep right while driving slowly. He then requested Agents Rivera's assistance in interviewing the vehicles occupants as he was unable to communicate with them in the English language.

4. Agent Rivera identified himself as a United States Border Patrol Agent and began

1

questioning the vehicles occupants in the English language. Agent Rivera questioned them as to their country of citizenship, and he did not receive any response. Agent Rivera repeated his questions in the Spanish language, to which all of the occupants responded, "Honduras," with the exception of the driver, later identified as Ramon Eduardo Verdugo-Zavala, who replied, "Mexico." Agent Rivera then asked the occupants if any of them possessed any documentation allowing them to enter, reside or pass through the United States. All the occupants, including Verdugo-Zavala, denied possessing any kind of legal documentation. Agent Rivera then notified all the occupants that they were under arrest for being illegally present in the United States. The vehicles occupants, totaling 14 individuals, were placed into department vehicles and transported to the Casa Grande Border Patrol Station for further interview and processing. Additionally, two cell phones found in Verdugo-Zavala's possession, a two-way radio found in the vehicle and the Ford F-150 were all seized as documented as evidence.

5. While at the Casa Grande Border Patrol Station, Border Patrol Agent Ricardo Renteria conducted a custodial interview of Ramon Eduardo Verdugo-Zavala. Agent Renteria witnessed as Border Patrol Agent Fabian Sanchez read Verdugo-Zavala his Miranda rights in the Spanish language from a CBP form I-214. Verdugo-Zavala stated he understood his rights and agreed to make a statement and answer questions, without having a lawyer present. The following is a written synopsis of the interview conducted with Verdugo-Zavala by Agent Renteria as witnessed by Agent Sanchez.

6. Verdugo-Zavala stated he was not currently under the influence of any mediation, drug or alcohol. Verdugo-Zavala stated he was a citizen and national of Mexico and had illegally crossed into the United States approximately 20 days prior to his apprehension. Verdugo-Zavala estimated that in the past, he has illegally entered into the United States approximately 20 times. He also stated that since his last illegal entry, he has been living in the Phoenix area and staying at various hotels.

7. Verdugo-Zavala claimed this was his first time working as a driver, picking up people who had recently crossed into the United States and then transporting them to another location in the Phoenix, Arizona area. Verdugo-Zavala stated he was offered the job by a friend, who recently helped him enter the country. Verdugo-Zavala went on to state he was going to be paid $100.00 USD, for every undocumented alien he picked up and transported to Phoenix, Arizona. Verdugo-Zavala stated was told he would be picking up a group of thirteen undocumented aliens. Verdugo-Zavala further stated the man who he was hired by also provided him with a white pickup truck to transport the individuals he was picking up.

8. Verdugo-Zavala stated he did not know the exact location on where he was going to drop off the thirteen individuals, but was told it would be at a hotel somewhere in Phoenix. Verdugo-Zavala also stated he was told to follow another vehicle that would lead them to their destination. Verdugo-Zavala described the other "lead vehicle" as being a newer white Ford Explorer. Verdugo-Zavala stated he maintained communication with the lead vehicle by cellular phone. Verdugo-Zavala claims the

driver of the lead vehicle was a man named "Jarred", who was in contact with a group of thirteen individuals waiting to be picked up. Verdugo-Zavala stated he drove to the designated location and picked up the group of thirteen individuals. Verdugo-Zavala stated he knew they were undocumented aliens because, "all of the people who walk through the desert are illegals." Verdugo-Zavala also admitted to knowing it was illegal to pick up and transport undocumented aliens.

9. While at the Casa Grande Border Patrol Station, Agent Ricardo Renteria conducted a custodial interview of Yefri Navas-Zuniga, one of the passengers in the vehicle. The following is a written synopsis of the recorded interview provided by Navas-Zuniga as witnessed by Agents Fabian Sanchez and Paul Rivera.

10. Navas-Zuniga stated he was not currently under the influence of any mediation, drug or alcohol. Navas-Zuniga stated he is a citizen and national of Honduras and entered the United States illegally approximately ten days prior to his apprehension. Navas-Zuniga stated he does not possess any documentation allowing him to enter, reside or pass through the United States and this is his first time entering the United States. Navas-Zuniga states he came to the United States with the intention of finding work and residing in the state of Tennessee.

11. Navas-Zuniga states he paid a mafia fee of $800.00 USD, to allow him to illegally cross into the United States while in Mexico. Additionally, he was going to pay another $4,000.00 USD to his human traffickers, in order to reach Tennessee. Navas-Zuniga stated he traveled through the desert with his group until they reached a

location where they were supposed to be picked up. Navas-Zuniga stated his group waited in the desert for two days before they were finally picked up, during which he had nothing to eat.

12. Navas-Zuniga stated their foot guide is the one who arranged for their pickup while they waited. Navas-Zuniga stated that shortly before their transportation arrived, their foot guide instructed them to get into the vehicle, hide and not to move. Navas-Zuniga stated that when the white pickup truck arrived to transport them, he climbed into the bed of the truck and everyone covered themselves with a blanket. Navas-Zuniga was told that the pickup truck was going to transport them to Phoenix, Arizona. Navas-Zuniga stated once the vehicle began to travel, he became very cold as he laid in the bed of the pickup truck. He further added the blanket he was covered with was not enough to keep him warm. Navas-Zuniga stated that the pickup truck felt to be traveling at high speeds and only stopped when it was pulled over by the police.

13. Navas-Zuniga was then shown a photo lineup of six individuals. The photo lineup consisted of five random individuals and the driver of the white pickup truck, Ramon Eduardo Verdugo-Zavala. Navas-Zuniga looked at the photo lineup and was asked if he recognized anyone in the photos. Navas-Zuniga stated that he recognized the subject who was in photo number four as being the person who came and picked them up in the white pickup truck. Verdugo-Zavala's photo was listed as subject number four. Navas-Zuniga circled Verdugo-Zavala's photo and wrote that he was his driver.

Navas-Zuniga stated he knew Verdugo-Zavala was aware they were undocumented aliens because he handed them the blanket to cover themselves and had instructed them to lay down and not move.

14. Immigration checks revealed Verdugo-Zavala to be a citizen of Mexico and a previously deported alien. Verdugo-Zavala was removed from the United States through Calexico, California, on or about September 30, 2016, pursuant to the reinstatement of a removal order issued by an immigration official. There is no record of Verdugo-Zavala in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Verdugo-Zavala's immigration history was matched to him by electronic fingerprint comparison.

15. Based on the above stated facts, your affiant submits that there is probable cause to believe that on or about November 17, 2016, at or near Casa Grande, Arizona in the County of Pinal, in the District of Arizona, Verdugo-Zavala, knowingly and with reckless disregard of the fact that certain alien, Yefri Navas-Zuniga, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law; and for the purpose commercial advantage or private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(i).

16. Your Affiant also submits, based on the above stated facts, that there is probable cause

to believe that on or about November 17, 2016, at or near Casa Grande, in the County of Pinal, in the District of Arizona, Verdugo-Zavala, an alien, was found in the United States of America, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Calexico, California, on or about September 30, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Signature of Complainant
Paul M. Ford
U.S. Border Patrol Agent

Sworn to and subscribed before me this 18th day of November, 2016.

_____
Signature of Judicial Officer
Honorable Bridget S. Bade
United States Magistrate Judge